MORRIS LAW GROUP
Ryan M. Lower, No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400

BABST, CALLAND, CLEMENTS &
  ZOMNIR, P.C.
James D. Miller (*pro hac vice*)
Email: jmiller@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
Telephone: (412) 394-5400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVICELINK NLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COOPER CASTLE LAW FIRM, LLC d/b/a COOPER CASTLE LAW FIRM LLP, CAREN CASTLE, LAWRENCE CASTLE, STEPHANIE COOPER HERDMAN, AND AARON WAITE,<br><br>Defendants. | Case No. 2:16-cv-00005-APG-GWF<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, LR 6-2 and LR 7-1, IT IS HEREBY STIPULATED by and between plaintiff Servicelink NLS, LLC and defendants Cooper Castle Law Firm LLC d/b/a Cooper Castle Law Firm LLP, Caren Castle, Lawrence Castle, and Aaron Waite (collectively,

"Defendants"), by and through their undersigned counsel of record, that the Defendants shall have until Friday, April 1, 2016 to answer or otherwise respond to the complaint (Dkt. #1) in this matter. Currently, Defendants' deadlines to respond to the complaint occur at varying times. Accordingly, the parties request this extended deadline so that Defendants can file a single response or responses at the same time.

| MORRIS LAW GROUP | REISMAN SOROKAC |
|---|---|
| By /s/ Ryan M. Lower<br>Ryan M. Lower, No. 9108<br>Raleigh C. Thompson, No. 11296<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By /s/ Joshua H. Reisman<br>Joshua H. Reisman, Esq.<br>Nevada Bar No. 7152<br>8965 S. Eastern Avenue #382<br>Las Vegas, Nevada 89123 |
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.<br>James D. Miller (*pro hac vice*)<br>Two Gateway Center, 6th Floor<br>Pittsburgh, PA 15222 | Attorney for Defendants Cooper Castle Law Firm, LLC d/b/a Cooper Castle Law Firm LLP, Caren Castle, Lawrence Castle, and Aaron Waite |
| Attorneys for Plaintiff | |

## ORDER

IT IS SO ORDERED.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

DATE: February 26, 2016

2