MORRIS LAW GROUP
Ryan M. Lower, No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400

BABST, CALLAND, CLEMENTS &
  ZOMNIR, P.C.
James D. Miller (*pro hac vice*)
Email: jmiller@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
Telephone: (412) 394-5400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVICELINK NLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COOPER CASTLE LAW FIRM, LLC d/b/a COOPER CASTLE LAW FIRM LLP, CAREN CASTLE, LAWRENCE CASTLE, STEPHANIE COOPER HERDMAN, AND AARON WAITE,<br><br>Defendants. | Case No. 2:16-cv-00005-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

     Plaintiff ServiceLink NLS, LLC and defendants Cooper Castle Law Firm, LLC d/b/a Cooper Castle Law Firm LLP, Caren Castle, Lawrence Castle, and Aaron Waite, pursuant to Fed. R. Civ. P. 6(b), LR 6-1 and LR 6-2, hereby stipulate that plaintiff will have until May 9, 2016 to

respond to defendants' Motion to Dismiss filed on April 1, 2016, and defendants will have until May 25, 2016 to file their reply. This is the first extension requested by the parties.

| MORRIS LAW GROUP | REISMAN SOROKAC |
|---|---|
| By /s/ Ryan M. Lower<br>Ryan M. Lower, No. 9108<br>Raleigh C. Thompson, No. 11296<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By /s/ Glenn M. Machado<br>Joshua H. Reisman, No. 7152<br>Glenn M. Machado, No. 7802<br>8965 S. Eastern Avenue #382<br>Las Vegas, Nevada 89123 |
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.<br>James D. Miller (*pro hac vice*)<br>Two Gateway Center, 6th Floor<br>Pittsburgh, PA 15222 | Attorney for Defendants Cooper Castle Law Firm, LLC d/b/a Cooper Castle Law Firm LLP, Caren Castle, Lawrence Castle, and Aaron Waite |
| Attorneys for Plaintiff | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 7, 2015

2