Ryan M. Lower, NV Bar No. 9108
Raleigh C. Thompson, NV Bar No. 11296
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: rct@morrislawgroup.com

James D. Miller (*pro hac vice*)
BABST, CALLAND, CLEMENTS &
  ZOMNIR, P.C.
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
Telephone: (412) 394-5400
Email: jmiller@babstcalland.com

Attorneys for Plaintiff
ServiceLink NLS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SERVICELINK NLS, LLC, | ) Case No. 2:16-cv-00005-APG-GWF |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| COOPER CASTLE LAW FIRM, | ) **STIPULATION AND** |
| LLC d/b/a COOPER CASTLE | ) **ORDER FOR DISMISSAL WITH** |
| LAW FIRM LLP, CAREN CASTLE, | ) **PREJUDICE** |
| LAWRENCE CASTLE, | ) |
| STEPHANIE COOPER | ) |
| HERDMAN, AND AARON | ) |
| WAITE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, plaintiff ServiceLink NLS, LLC ("ServiceLink") and defendants

MORRIS LAW GROUP

900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1 Cooper Castle Law Firm, LLC d/b/a Cooper Castle Law Firm LLP, Caren

2 Castle, Lawrence Castle, and Aaron Waite ("Defendants") stipulate to

3 dismiss this action, and all of ServiceLink's claims against Defendants, with

4 prejudice. ServiceLink and Defendants will each bear their own fees and

5 costs.

6     IT IS SO STIPULATED.

7 MORRIS LAW GROUP                          REISMAN SOROKAC

8 By /s/ Ryan M. Lower                      By /s/ Robert R. Warns, III
9    Ryan M. Lower,                            Joshua H. Reisman,
     NV Bar No. 9108                           NV Bar No. 7152
10   Raleigh C. Thompson,                      Glenn M. Machado,
11   NV Bar No. 11296                          NV Bar No. 7802
     900 Bank of America Plaza                 Robert R. Warns, III,
12   300 South Fourth Street                   NV Bar No. 12123
13   Las Vegas, Nevada 89101                   8965 S. Eastern Avenue #382
                                               Las Vegas, Nevada 89123
14 James D. Miller (*pro hac vice*)
   BABST, CALLAND, CLEMENTS &                Phillip A. Vaglica (*pro hac vice*)
15    ZOMNIR, P.C.                           VAGLICA & ASSOCIATES, LLC
16 Two Gateway Center, 6th Floor             6782 Potomac St.
   Pittsburgh, PA 15222                      Centennial, Colorado 80112
17
18 Attorneys for Plaintiff                   Attorney for Defendants
   ServiceLink NLS, LLC                      Cooper Castle Law Firm, LLC
19                                           d/b/a Cooper Castle Law Firm
                                             LLP, Caren Castle, Lawrence
20                                           Castle, and Aaron Waite
21
22
23                          **ORDER**
24        IT IS SO ORDERED.
25
26                          UNITED STATES DISTRICT JUDGE
27                          DATED:_____March 2, 2017_____
28

2